IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-CR-76-RAH-KFP |
| | ) | |
| WALTER JAMES, III | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and submits this motion to continue the sentencing hearing.  Currently, the sentencing hearing is scheduled for March 4, 2021 at 9:00 AM.  On February 11, 2021, the only attorney representing the defendant filed a motion to withdraw.  Doc. 31.  That motion remains pending.  Given the proximity to the scheduled sentencing date and the uncertainty regarding the defendant's representation, the government believes that it would be prudent to continue the sentencing hearing.  Importantly, the defendant is not in custody and the government is not aware of any prejudice the defendant would incur due to a continuance.

Accordingly, the government asks that the Court grant the requested continuance and reschedule the sentencing hearing for some date on or after April 1, 2021.  The government is unaware of the defendant's position as to this motion.

Respectfully submitted this the 18th day of February, 2021.

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

/s/ Jonathan S. Ross
Jonathan S. Ross
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jonathan.ross@usdoj.gov

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 2:20-CR-76-RAH-KFP
)
WALTER JAMES, III )

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2021, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to all

counsel of record.

Respectfully submitted,

/s/ Jonathan S. Ross
Jonathan S. Ross
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jonathan.ross@usdoj.gov

3